Musi, Merkin, Daubenberger & Clark, LLP
21 West Third Street
Media, Pa 19063
(p): (610) 891-8806
(f): (610) 891-8807
dlk@mmdlawfirm.com
Dimitri L. Karapelou, Esquire
PROPOSED ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**KINGDOM EMPOWERMENT INTERNATIONAL MINISTRY D/B/A KINGDOM EMPOWERMENT INTERNATIONAL MINISTRIES**<br><br>*Debtor.* | **Chapter 11**<br>**Bankruptcy No. : 24- 14289** |

**DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY MUSI MERKINS, DAUBENBERGER & CLARK, LLP AND RULE 2016(B) STATEMENT**

In accordance with Bankruptcy Rules of Civil Procedure 2014 and 2016(b), I, Dimitri L. Karapelou, Esquire hereby states as follows:

1. I am an attorney and counselor at law, duly admitted to practice in the Commonwealth of Pennsylvania and in this Court.

2. I am Of-Counsel of the law firm of Musi, Merkins, Daubenberger & Clark, LLP, 21 West Third Street, Media, PA 19063.

3. Musi, Merkins, Daubenberger & Clark, LLP ("MMDC") has extensive experience in bankruptcy, insolvency, corporate reorganization and debtor/creditor law. The firm is well qualified to represent the Debtor-in-Possession generally herein, and is willing to accept employment on the basis set forth in the annexed Application.

1

4. To the best of my knowledge, information and belief, neither I nor any member of my firm has any connection with the Debtor, creditors or any other party in interest or accountants except for the following:

(a) Prior to the bankruptcy, MMDC received the following funds as advance security retainers which were applied to invoices subsequently billed as indicated below:

| Date Payment received | Amount received | Amount applied to services rendered before receipt | Amount applied to services rendered after receipt | Amount remaining on petition date |
|---|---|---|---|---|
| Retainer November 29, 2024 | $16,738.00 | $0.00 | $3,470.50 Applied on November 29, 2024 to pay invoice for November legal services and chapter 11 filing fee | $13,267.50 |

5. Additionally, to the best of my knowledge, information and believe, neither I nor any member of my firm, does not hold any interest adverse to the above-entitled Estate which would disqualify it from representing the Debtor, and said law firm is a disinterested person as defined in 11 U.S.C. § 101(1).

6. The professionals at Musi, Merkins, Daubenberger & Clark, LLP, who are most likely to work on this bankruptcy are:

      a.      Dimitri L. Karapelou - $495.00 per hour

      b.      Associates- $375.00 per hour.

7.      The Debtor intends to pay Applicant for any post-petition services rendered as authorized by the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully Submitted,

  /s/ Dimitri L. Karapelou
Dimitri L. Karapelou, Esquire
Musi, Merkins, Daubenberger & Clark, LLP
21 W. Third Street
Media, PA 19063
(P) 610-891-8806
(F) 610-891-8807
ATTORNEY FOR THE DEBTOR

**Date:  November 29, 2024**